CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 18 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| SHANA L. MARON, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> VIRGINIA POLYTECHNIC ) <br> INSTITUTE AND STATE ) <br> UNIVERSITY, ) <br> ) <br> *Defendant.* ) | Civil Action No. 7:08-cv-00579 |
| GRETA HANES, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> VIRGINIA POLYTECHNIC ) <br> INSTITUTE AND STATE ) <br> UNIVERSITY, ) <br> ) <br> *Defendant.* ) | Civil Action No. 7:09-cv-00221 <br><br> Order <br><br> By: James C. Turk <br> Sr. United States District Judge |

In accordance with the Memorandum Opinion entered in the above-styled cases this day, it is hereby

**ADJUDGED and ORDERED**

that Defendant's second motion to consolidate (Dkt. 118) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying Memorandum Opinion to counsel of record for each party.

**ENTER:** This 18th day of March, 2011.

／s/ James C. Turk
Senior United States District Judge