UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
SHANA L. KENNEDY,

     Plaintiff,

vs.                  Civil Action No.:
                     7:08CV579

VIRGINIA POLYTECHNIC
INSTITUTE & STATE UNIVERSITY,

     Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VIDEOGRAPHIC DEPOSITION

DEPONENT:         SHANA L. KENNEDY

DATE:             OCTOBER 19, 2009

TIME:             9:08 A.M. - 5:46 P.M.

LOCATION:         15 FRANKLIN ROAD, SW
                   SUITE 7
                   ROANOKE, VIRGINIA

REPORTED BY:      CYNTHIA N. STILES
                   CERTIFIED COURT REPORTER
                   NOTARY PUBLIC IN AND FOR THE
                   STATE OF VIRGINIA AT LARGE

# PIERCE REPORTING COMPANY
15 Franklin Road, Suite 7  Roanoke, Virginia  24011
540-344-5393

CERTIFIED ORIGINAL

EXHIBIT A

```
1    A.    I didn't look into it, at that point.  I was
2    pleased with my salary.
3    Q.    I'm asking you here today, though, in October
4    2009, looking back, is it your contention that you were
5    underpaid, while working as an assistant director of
6    development in the arts at Virginia Tech?
7    A.    No.
8    Q.    When then were you underpaid, while you worked
9    for Virginia Tech, in what position?
10   A.    I was underpaid in the College of Engineering,
11   and I was told that I was not worth what the position that
12   Field Glover held was worth because I was a woman and not
13   the head of my household.
14   Q.    And that statement was with regard to your
15   application for a regional fundraising position, correct?
16   A.    Correct.
17   Q.    So you are not making contention regarding a
18   violation of the Equal Pay Act while you were working in
19   the arts, is that correct?
20   A.    I am making contention under the Equal Pay Act,
21   based upon all women's salaries.  I -- The analysis was
22   done when I moved to the College of Engineering.  At the
23   time that I worked for the arts, I did not believe I was
24   being discriminated against.  But I believe women, other
25   women during the time that I was working for the arts were
```

1   being discriminated against.

2   Q.   Okay, but let's, let's focus in on you.  In
3   regard to you, Shana Kennedy, are you claiming a violation
4   of the Equal Pay Act for you, Shana Kennedy, while you were
5   working as an assistant director of development for the
6   arts?

7   A.   Um, no.

8   Q.   Okay.  When was the first time you applied for
9   a job in any other department at Virginia Tech?

10  A.   Other than the arts?

11  Q.   I'm sorry, let me ask my question in a better
12  way.  Lawyers do that.

13       While you were working in the arts at Virginia
14  Tech, when did you first apply for another position within
15  Virginia Tech?

16  A.   Um, close to my one year anniversary, I applied
17  for the regional position.

18  Q.   So sometime --

19  A.   That was the only position that I applied for.
20  At that time.

21  Q.   Okay.  And you told us earlier that was to
22  broaden your resume?

23  A.   Yes.

24  Q.   How did you think a regional fundraising
25  positive would broaden your resume?

```
 1              VIDEOGRAPHER:  Off record at 5:16 p.m.
 2              (An off-the-record discussion occurred.)
 3    BY MS. NASH:
 4       Q.     Miss Kennedy, we took a short break, and now
 5    we're back, and I think we are nearing the end of your
 6    deposition.  A few more questions.
 7              You testified earlier that the discrimination
 8    against you at Virginia Tech began when you applied for a
 9    job in the College of Engineering, correct?
10       A.     It began when I applied for the position of
11    regional director.
12       Q.     So you believe that discrimination against you
13    at Virginia Tech began when you applied for a job for
14    regional director?
15       A.     Yes.
16       Q.     Do you think the discrimination against you was
17    intentional?
18              MR. WOODFIELD:  Objection, calls for
19        speculation.
20    BY MS. NASH:
21       Q.     In your lawsuit, you allege that Virginia Tech
22    willfully discriminated.  What evidence do you have that
23    Virginia Tech willfully discriminated against you?
24       A.     That after the comments, the discriminating
25    comments were made to me by Bob Bailey, when I reported
```