CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 29 2011

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| SHANA L. MARON, *et al.*, ) | Civil Action No. 7:08-cv-00579 |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | Order |
| VIRGINIA POLYTECHNIC INST. & ) | |
| STATE UNIV., ) | |
| ) | By: Hon. James C. Turk |
| *Defendant*, ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that:

(1) Plaintiff Hofberg's Equal Pay Act disparate treatment claim is dismissed as untimely;

(2) the jury's verdict in favor of Plaintiffs Maron and Hanes is set aside in its entirety;

(3) Plaintiff's Motion for Liquidated Damages (ECF. No 196) is **DENIED**;

(4) Virginia Tech's motion for Judgment as a Matter of Law (ECF No. 197) is **GRANTED** as to Plaintiff Shana Maron's retaliation claim;

(5) Virginia Tech's motion for Judgment as a Matter of Law (ECF No. 197) is **DENIED** as to the Plaintiffs' disparate treatment claims;

(6) Virginia Tech's alternative motion for a New Trial (ECF No. 197) is **GRANTED** as to the Plaintiffs' disparate treatment claims.

The Clerk is directed to provide copies of this Order and accompanying Memorandum Opinion to counsel of record for each party.

ENTER: This 29th day of June, 2011.

/s/ James C. Turk
Senior United States District Judge